# United States Court of Appeals
## For the First Circuit

No. 13-2269

MARLA PANOTO and ALAIN JUSOP WELLIAM RUNTUKAHU,

Petitioners,

v.

ERIC H. HOLDER, JR., United States Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on October 22, 2014 is amended as follows:

On page 3, delete footnote number 2.

On page 9, renumber footnote number 3 as footnote number 2.